**Order entered June 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01491-CV

### RICHARDSON EAST BAPTIST CHURCH, Appellant

### V.

### PHILADELPHIA INDEMNITY INSURANCE COMPANY AND JAMES GREENHAW,
### Appellees

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13868**

## ORDER

We **GRANT** appellant's June 29, 2015 motion for extension of time to file reply briefs

and **ORDER** the briefs be filed no later than July 15, 2015.

/s/    CRAIG STODDART
        JUSTICE